United States Courts
Southern District of Texas
FILED

MAR 3 1 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | |
| v. | | CRIMINAL NUMBER |
| BRYAN WESLEY FULFER AKA BRYAN WESLEY MOTES | | C - 22 - 200 |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

Between on or about May 1, 2021 and May 31, 2021, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

BRYAN WESLEY FULFER
AKA BRYAN WESLEY MOTES,

knowingly used a facility and means of interstate and foreign commerce, and an interactive computer service, more specifically: a Samsung Model SM-S327VL Galaxy J3 Luna Pro cellphone bearing IMEI #354308088325476, to transport and receive obscene images that depicted the sexual abuse of children.

In violation of Title 18, United States Code, Section 1462.

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: _MaIIey Smith_

MOLLY K. SMITH
Assistant United States Attorney