United States Courts
Southern District of Texas
FILED

MAR 31 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO.: |
| BRYAN WESLEY FULFER AKA BRYAN WESLEY MOTES | § § § | C-22-200 |

### STIPULATION OF FACT IN SUPPORT OF DEFENDANT'S PLEA

Bryan Wesley Fulfer, aka Bryan Wesley Motes, hereinafter referred to as the defendant, has agreed to stipulate with the United States Attorney for the Southern District of Texas, Jennifer B. Lowery, through the undersigned Assistant United States Attorney, to the following facts. The parties agree that these facts are sufficient to establish the defendant's guilt to the offense alleged in the Information for the above-mentioned cause number. The parties further agree that other facts exist, and those facts may be relevant at sentencing herein.

I.

The defendant confesses that, within the Southern District of Texas, on or about between May 1, 2021 and May 31, 2021:

1. That the defendant knowingly used an interactive computer service to transport visual depictions of the sexual abuse of minors in interstate and foreign commerce, as charged
2. That the defendant knew, at the time of such transportation, the sexually oriented content of the material; and
3. That the material was obscene.

1

II.

The defendant further stipulates and agrees that, had the case proceeded to trial, the United States would have presented evidence as outlined below:

1. On July 28, 2021, a citizen made a report to Aransas County Sheriff's Office (ACSO) that the defendant possessed child pornography. The citizen stated that in April of 2021, he was residing in a house located in Aransas, Texas after his grandmother, who lived in the house, passed away. The defendant lived at the residence but moved out sometime before June of 2021. After the defendant moved out of the residence, the citizen found a black Samsung cell phone in the closet of the defendant's bedroom. The citizen opened the Samsung and saw that it belonged to the defendant based on the usage history. He looked in the photo gallery and saw what appeared to be several sexually explicit images depicting young boys. The citizen stopped looking at the contents of the Samsung and brought it to ASCO. Deputies looked inside the Samsung and saw that one of the images appeared to depict a real minor holding his erect penis. They took custody of the Samsung and initiated an investigation, requesting assistance from the Department of Homeland Security (HSI).

2. During the investigation, investigators saw that the defendant had been previously convicted of state charges that required him to register as a sex offender for life and to comply with the Sex Offender Registration and Notification Act (SORNA). Investigators determined that the defendant was not in compliance with his registration requirements because he failed to update his residential address, in violation of Texas Criminal Code Section 62.102. They determined that he lived at a different address in Aransas County,

2

Texas. The defendant does not concede that he violated registration requirements, and that matter is still pending in state court.

3. Investigators obtained a state search warrant for investigators and HSI Special Agents to conduct a forensic analysis of the Samsung to search for evidence related to child exploitation offenses. On July 29, 2021, a forensic analysis of the defendant's Samsung phone Model SM-S327VL (GP) Galaxy J3 Luna Pro, IMEI number 354308088325476, which is a smart phone that provides the user with access to computer services, including access to the internet. Special Agents saw that the phone contained eleven (11) images of "age-difficult" pornography.

4. The Samsung also contained numerous virtual "3D" and anime images of prepubescent boys engaging in sexually explicit conduct. Many of the images depicted virtual children engaging in oral sex to older male children or adults, children in bondage, or minor boys being penetrated anally by older male children or adults. Some of the depictions show the children in pain. Many of the images of the boys appeared life-like, although the images did not depict actual minors. A Computer Forensic Analyst (CFA) reviewed the images and determined that many of them were "screenshotted" from websites online. In addition, there were images that depicted "child erotica," in that they were images of actual minor children who were partially nude but that did not meet the definition of child pornography pursuant to 18 USC § 2256.

5. On August 19, 2021, ASCO and HSI arrested the defendant at his residence pursuant to a state complaint and arrest warrant for Failure to Comply with Registration Requirements Life/Annually. The defendant gave consent to law enforcement to enter his home, and he agreed to give a post-*Mirandized* statement to Special Agents at ASCO. During the

3

interview, the defendant admitted that he was the owner of the Samsung phone found in the bedroom closet and that he hid it with the intention of returning to the residence to destroy it. He said that he last had access to the Samsung sometime in May of 2021. He admitted that he viewed the child erotica images and "3D" obscene images found on the Samsung.

6. Agents applied for and obtained a federal search warrant to conduct forensic search of the two devices found during a search of the defendant's current residence. On August 24, 2021, a forensic search of the AT&T cell phone, Model U318AA, IMEI number: 86486204130922 was conducted. Special Agents saw that it contained one (1) video of "age difficult" pornography. The AT&T phone also contained "3D" images of simulated prepubescent minors engaging in sexually explicit conduct.

The defendant now admits to the Court that, within the Southern District of Texas, on or about between May 1, 2021 and May 31, 2021, he knowingly received from an interactive computer service within the meaning of 18 U.S.C. § 1462, namely through the internet by using a Samsung phone, obscene matters, namely computer generated images depicting simulated children engaged in sexually explicit conduct and the simulated sexual abuse of children. The defendant also admits that he knew the sexually oriented nature of the content at the time that he received the images.

III.

The parties hereto agree that the United States could prove the above facts beyond a reasonable doubt. The undersigned have thoroughly reviewed, understand, and agree that the information contained in this Stipulation of Fact are true and correct.

X _____     3/3?/22
BRYAN WESLEY FULFER                    Date
   AKA BRYAN WESLEY MOTES
Defendant

_____       3/30/22
Attorney for Defendant                 Date

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: _____   3/27/2022
   MOLLY K. SMITH                      Date
   Assistant United States Attorney

5